# Exhibit 1



Enter Your Keywords   Community   English   Log in

**SOLUTIONS**   **PRODUCTS**   **DESIGN SUPPORT**   **BUY & SAMPLE**
**ABOUT CYPRESS**

Home › USA

### Cypress Semiconductor – Texas (Excluding El Paso)
Contact: Americas-Sales-South-Central@cypress.com
Read more

### Cypress Semiconductor – Austin
5204 East Ben White Boulevard
Austin, TX 78741
Read more

### O'Donnell Associates Southwest - Texas (El Paso only)
300 Thunderbird Drive
Suite 18
El Paso, TX 79912
Phone: 915-778-2581
Fax: 915-778-6429
www.odonnellsw.com
Contact: cypress@odonnellsw.com
Read more

| SOLUTIONS | PRODUCTS | DESIGN SUPPORT | ABOUT US |
|---|---|---|---|
| Automotive | Wireless | Community | Investors |
| Industrial | Microcontrollers (MCUs) | Videos | Careers |
| Consumer | Memory | Quality & Reliability | |
| | Universal Serial Bus (USB) | Product Roadmaps | |
| | Power Management | | |
| | Touch Sensing | | |
| | Clocks & Buffers | | |

**CORPORATE HEADQUARTERS**

Cypress Semiconductor Corp.
198 Champion Court
San Jose, CA 95134 USA
Tel: +1-408-943-2600

**CUSTOMER SERVICE SUPPORT**

+1-800-541-4736
Hours:
8:00AM - 5:00PM (local time)
Create a MyCase
Cypress Developer Community

**INTERNATIONAL SUPPORT**

+1-408-943-2600
United States +1-800-541-4736
Hours:
4:30AM - 1:30PM (pacific time)
7:30PM - 4:30AM (standard time)

**OTHER REQUESTS**

Contact Us
Report a Website Problem
Report a Security Vulnerability

**ABOUT US**    **CAREERS**    **INVESTORS**    **LEGAL**

© Cypress Semiconductor Corporation. All rights reserved.

Feedback